UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES FOR THE MASON TENDERS DISTRICT COUNCIL WELFARE FUND, PENSION FUND, ANNUITY FUND, and TRAINING PROGRAMS FUND, and JOHN J. VIRGA, in his fiduciary capacity as Director, and ROBERT BONANZA, as Business Manager of the MASON TENDERS DISTRICT COUNCIL OF GREATER NEW YORK<br><br>                      Petitioners,<br><br>          -against-<br><br>JTL CONSTRUCTION CORP.<br><br>                      Respondent. | **ORDER**<br><br>18 Civ. 9025 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        Petitioners have filed a Petition to confirm an arbitration award.  (Dkt. No. 1)  Though the Petition includes the award as an exhibit (id. at 8-10), the record is otherwise devoid of documentary evidence.  Petitioners have not even filed the collective bargaining agreement which allegedly contains the arbitration clause pursuant to which the arbitration was held.  (Id. at 1-2)  No later than **July 23, 2020**, Petitioners are directed to supplement the record by filing either a declaration or an amended petition that includes as exhibits all documents referenced in the Petition.  The submission should include pinpoint citations to the relevant paragraphs or page

numbers of those documents. Finally, Petitioners are directed to serve a copy of their submission on Respondents and to file proof of service on the docket.

Dated: New York, New York
       July 16, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge