**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, AND
TRAINING PROGRAM FUND, JOHN J.
VIRGA, in his fiduciary capacity as Director,
and ROBERT BONANZA, as Business
Manager of THE MASON TENDERS
DISTRICT COUNCIL OF GREATER
NEW YORK,

                        Petitioners,                          18 **CIVIL** 9025 (PGG)

        -against-                                    **JUDGMENT**

JTL CONSTRUCTION CORP.,
                        Respondent.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 4, 2020, the Petition to confirm the Arbitration Award is granted and judgment is entered confirming the Arbitration Award in the amount of $33,288.49. Post-judgment interest on the entire amount of the Arbitration Award will accrue from the date of the judgment at the rate provided by 28 U.S.C. §1961(a); accordingly, the case is closed.

**Dated**: New York, New York
         September 8, 2020

                                                **RUBY J. KRAJICK**
                                                  **Clerk of Court**
                           **BY:**
                                                    **Deputy Clerk**